UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HECTOR PORCAYO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-2762 |
| | § | |
| MARK NARAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On January 6, 2022, the Plaintiff Hector Porcayo and Defendants Aquamarine Pools of Houston, LLC, Mark Naras and Donna Naras filed a Joint Notice of Rule 41 Dismissal With Prejudice (Dkt. 19) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

SIGNED at Houston, Texas, this 6th day of January, 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE